[Oral Argument Not Yet Scheduled]

No. 21-5096

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

COMMONWEALTH OF VIRGINIA, et al.,

*Plaintiffs-Appellants*,

v.

DAVID FERRIERO, in his official capacity as
Archivist of the United States,

*Defendant-Appellee*,

and

STATE OF ALABAMA, et al.,

*Intervenors for Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Columbia

MOTION TO DISMISS APPELLANT THE
COMMONWEALTH OF VIRGINIA AS A PARTY

Pursuant to Rules 27 and 42 of the Federal Rules of Appellate Procedure and Circuit Rule 27(g), Plaintiff-Appellant the Commonwealth of Virginia respectfully moves for its dismissal as a party to this case. Defendant-Appellee David Ferriero and Intervenors for Defendant-Appellee the States of Alabama, Louisiana, Nebraska, South Dakota, and Tennessee have consented to the relief sought in this motion. Co-Plaintiffs-Appellants the States of Illinois and Nevada have also consented.

Following the change in Administration on January 15, 2022, the Attorney General has reconsidered Virginia's position in this case. After careful review of the filings and pertinent precedents, Virginia is now of the view that the district court correctly held that mandamus relief does not lie against the Archivist in this suit. *See* 525 F. Supp. 36, 54–61 (D.D.C. 2021) (JA334–47).

Virginia's dismissal would not prejudice the remaining Plaintiffs-Appellants' ability to prosecute this appeal, nor this Court's ability to resolve the underlying claims. Both Illinois and Nevada are identically situated to Virginia in their abilities to press the claims at issue here, and both have actively participated in each phase of this litigation.

Virginia's participation is therefore unnecessary to the prosecution of this appeal.

Further, the Commonwealth of Virginia and the Appellees have all agreed in writing to bear their own costs and fees to date (although Appellees have not yet incurred any taxable fees under D.C. Circuit Rule 39(a)). *See* Exhibit 1. Judicial economy and "the interest of justice [and] fairness" thus favor dismissing Virginia from the case and allowing the remaining Plaintiffs-Appellants to prosecute this appeal. 16AA Fed. Prac. & Proc. Juris. § 3988 (5th ed.).

## CONCLUSION

For the foregoing reasons, the Court should grant this motion and dismiss Virginia as a party to this appeal.

Respectfully submitted,

February 18, 2022       By:  */s/ Andrew N. Ferguson*
ANDREW N. FERGUSON
  *Solicitor General*

ERIKA L. MALEY
  *Principal Deputy Solicitor General*

LUCAS W.E. CROSLOW
  *Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-5315—Telephone

3

(804) 371-0200—Facsimile
aferguson@oag.state.va.us

*Counsel for Plaintiff-Appellant
the Commonwealth of Virginia*

4

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 289 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word 365 in a proportionally spaced typeface, 14-point Century Schoolbook font.

/s/ Andrew N. Ferguson
Andrew N. Ferguson
