# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5096**                                          **September Term, 2022**

**1:20-cv-00242-RC**

**Filed On: September 28, 2022** [1966480]

State of Illinois and State of Nevada,

       Appellants

    v.

David Ferriero, in his official capacity as
Archivist of the United States, et al.,

       Appellees

    **BEFORE:**    Circuit Judges Wilkins, Rao, and Childs

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Wednesday, September 28, 2022 at 9:33 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    Jane Elinor Notz, counsel for Appellants.

    Sarah E. Harrington (DOJ), counsel for Appellee David Ferriero.

                                           **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                 BY:    /s/
                           Anne A. Rothenberger
                           Deputy Clerk