# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 21-5096** | **September Term, 2022** |
| | FILED ON: FEBRUARY 28, 2023 |

STATE OF ILLINOIS AND STATE OF NEVADA,
    APPELLANTS

v.

DAVID FERRIERO, IN HIS OFFICIAL CAPACITY AS ARCHIVIST OF THE UNITED STATES, ET AL.,
    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-00242)

Before: WILKINS, RAO and CHILDS, *Circuit Judges*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's dismissal of the States' complaint on the ground that the lower court lacked subject matter jurisdiction be affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

BY:   /s/
       Daniel J. Reidy
       Deputy Clerk

Date: February 28, 2023

Opinion for the court filed by Circuit Judge Wilkins.