# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 21-5096**　　　　　　　　　　　　　　　　**September Term, 2022**

**1:20-cv-00242-RC**

**Filed On: April 24, 2023** [1996168]

State of Illinois and State of Nevada,

    Appellants

    v.

David Ferriero, in his official capacity as
Archivist of the United States, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of February 28, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:　/s/
      Daniel J. Reidy
      Deputy Clerk

Link to the judgment filed February 28, 2023